UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| TAMONTRELL THORNTON | CIVIL ACTION NO. 25-0331-P |
| VS. | JUDGE S. MAURICE HICKS, JR. |
| KEITH COOLEY | MAGISTRATE JUDGE PEREZ-MONTES |

**ORDER**

On February 3, 2026, the United States Court of Appeals for the Fifth Circuit issued a Memorandum Order remanding this matter to the District Court to determine whether Petitioner Tamontrell Thornton ("Thornton") delivered his notice of appeal to prison officials for mailing on or before August 7, 2025. See Record Document 13.

As explained by the Fifth Circuit, pursuant to 28 U.S.C. § 2107(a) and Federal Rule of Appellate Procedure 4(a)(1)(A), the notice of appeal in a civil case must be filed within thirty days after the entry of judgment. See id. at 1. Final judgment in this matter was entered on July 8, 2025. See Record Document 8. Thus, Thornton had until August 7, 2025 to file his notice of appeal with the Fifth Circuit. Thornton's *pro se* notice of appeal is dated August 7, 2025, but was not filed until August 18, 2925. See Record Document 9.

For a *pro se* prisoner like Thornton, a notice of appeal is timely if deposited in the prison's internal mail system on or before the last day for filing. See Fed. R. App. P. 4(c)(1); see also Houston v. Lack, 487 U.S. 266, 270–71 (1988) (noting that *pro se* prisoners have limited access to the courts and must rely on prison authorities for mailing purposes). Because the Fifth Circuit was unable to determine the date of mailing from the record, the matter was remanded to this Court to make that determination. See Thompson

v. Montgomery, 853 F.2d 287, 288 (5th Cir. 1988) (following Houston for the proposition that "a prisoner's notice of appeal is timely if it is delivered to the prison authorities, for forwarding to the Clerk of Court, within the time prescribed by Rule 4(a)(1)").

Considering the foregoing, Thornton must submit evidence demonstrating the date on which he tendered his notice of appeal to prison officials for mailing. This Court must then make a determination of whether the notice of appeal was delivered to prison officials for mailing timely, that is, on or before August 7, 2025. Thornton's submission shall be filed no later than **March 6, 2026**.

**IT IS SO ORDERED.**

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 6th day of February, 2026.

_____
S. Maurice Hicks, Jr.